UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TASHA HERBERT, an individual, Plaintiff, | CASE NO.: |
| vs. | Judge: |
| | Magistrate: |
| METAIRIE PROPERTIES, L.L.C., Defendant. | |

## COMPLAINT

Plaintiff, TASHA HERBERT, by and through her undersigned counsel, hereby files this Complaint and sues METAIRIE PROPERTIES, L.L.C. (referred to as "DEFENDANT"), for declaratory and injunctive relief, attorneys' fees, and costs pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*, and alleges:

## JURISDICTION AND PARTIES

1. This is an action for declaratory and injunctive relief pursuant to Title III of the Americans With Disabilities Act, 42 U.S.C. §12181 *et seq.* (hereinafter referred to as the "ADA"). This Court is vested with original jurisdiction pursuant to 28 U.S.C. § 1331 and 1343.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

3. Plaintiff, TASHA HERBERT, (hereinafter referred to as "MS. HERBERT"), is a resident of Orleans Parish, Louisiana.

4. MS. HERBERT is a qualified individual with a disability under the ADA. MS. HERBERT is afflicted with spina bifida.

5. Due to her disability, MS. HERBERT is substantially impaired in several major life activities and requires a wheelchair for mobility. Specifically, MS. HERBERT is unable to walk, stand, or use her legs without assistance.

6. Upon information and belief, DEFENDANT is a limited liability company organized in the State of Louisiana and doing business in Jefferson Parish.

7. Upon information and belief, DEFENDANT is domiciled at 911 Veterans Boulevard, Ste 201, Metairie, Louisiana 70005.

8. Upon information and belief, DEFENDANT is the owner and lessor of the real properties and improvements which is the subject of this action, to wit: the Oaklawn Building generally located at 911 Veterans Boulevard, Metairie, Louisiana 70005 (hereinafter referred to as "the Property").

9. DEFENDANT is obligated to comply with the ADA.

10. All events giving rise to this lawsuit occurred in the Eastern District of Louisiana, Jefferson Parish, Louisiana.

## COUNT I - VIOLATION OF TITLE III OF THE AMERICANS WITH DISABILITIES ACT

11. MS. HERBERT realleges and reavers Paragraphs 1 - 10 as if they were expressly restated herein.

12. The Property is a place of public accommodation, subject to the ADA, generally located at: 911 Veterans Boulevard, Metairie, Louisiana 70005.

13. Upon information and belief, MS. HERBERT has visited the Property and desires to visit

the Property again in the near future.

14. MS. HERBERT'S most recent visit prior to filing this original Complaint was on December 13, 2014.

15. During these visits MS. HERBERT experienced serious difficulty accessing the goods and utilizing the services therein due to the architectural barriers as discussed in Paragraph 18.

16. MS. HERBERT continues to desire to visit the Property, but continues to experience serious difficulty due to the barriers discussed in Paragraph 18.

17. MS. HERBERT intends to and will visit the Property to utilize the goods and services in the future, but fears that she will encounter the same barriers to access which are the subjects of this action.

18. Upon information and belief, DEFENDANT is in violation of 42 U.S.C. § 12181 *et seq.* and 28 C.F.R. § 36.302 *et seq.* and is discriminating against MS. HERBERT due to, but not limited to the following violations which MS. HERBERT personally observed and/or encountered which hindered her access:

I. UPON INFORMATION AND BELIEF, THE FOLLOWING BARRIERS ARE ALLEGED TO BE THE RESPONSIBILITY OF DEFENDANT:

A. The sole disabled parking space at the Property is not level in all directions and has a cross slope of more than 2.0%.

B. The curb ramp from the promenade is built up and into the access aisle.

C. The sole disabled parking space is not marked with vertical signage.

D. The sale and service counter in the Kupcake Factory is too high off

the finished floor.

E. There is no van accessible parking at the Facility.

F. There is no disabled seating in the Kupcake Factory.

19. Upon information and belief, all barriers to access and ADA violations still exist and have not been remedied or altered in such a way as to effectuate compliance with the provisions of the ADA, even though removal is readily achievable.

20. Upon information and belief, removal of the discriminatory barriers to access located on the Property is readily achievable, reasonably feasible, and easily accomplished, and would not place an undue burden on DEFENDANT.

21. Upon information and belief, removal of the barriers to access located on the Property would provide MS. HERBERT with an equal opportunity to participate in, or benefit from, the goods, services, and accommodations which are offered to the general public at the Property.

22. Independent of her intent to return as a patron to the Property, MS. HERBERT additionally intends to return as an ADA tester to determine whether the barriers to access stated herein have been remedied.

23. MS. HERBERT has been obligated to retain the undersigned counsel for the filing and prosecution of this action. MS. HERBERT is entitled to have her reasonable attorneys' fees, costs, and expenses paid by DEFENDANTS, pursuant to 42 U.S.C. § 12205.

WHEREFORE, MS. HERBERT demands judgment against DEFENDANT, and requests the following injunctive and declaratory relief:

A. That this Court declare that the Property owned, leased, and/or operated by DEFENDANT is in violation of the ADA;

B. That this Court enter an Order directing DEFENDANT to alter the Property to make it accessible to and useable by individuals with mobility disabilities to the full extent required by Title III of the ADA;

C. That this Court award reasonable attorneys' fees, costs (including expert fees), and other expenses of suit, to MS. HERBERT; and

D. That this Court award such other and further relief as it deems necessary, just and proper.

Respectfully Submitted,

THE BIZER LAW FIRM
Attorneys for Plaintiff
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

By:____________________
Garret S. DeReus